CRIMINAL COMPLAINT
**(Electronically Submitted)**

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Donivan John Hale** DOB: 1985; United States<br>**Brian Tackett** DOB: 1962; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-00083MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
**COUNT 1 (Felony)** On or about January 19, 2022, in the District of Arizona, **Donivan John Hale** and **Brian Tackett**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other, to transport certain illegal aliens, including Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii).**

**COUNT 2 (Felony)** On or about January 19, 2022, in the District of Arizona, **Donivan John Hale** and **Brian Tackett**, knowing and in reckless disregard of the fact that certain illegal aliens, including Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On or about January 18, 2022, at approximately 11:00 p.m., in the District of Arizona (Sonoita), United States Border Patrol Agents (BPA) at the SR-83 checkpoint were told to be on the lookout for a Recreational Vehicle (RV). The RV was possibly using SR-82 or SR-83 to smuggle noncitizens and the SR-83 checkpoint was closed at that time. Approximately two hours later, The BPA were later told that the RV had an Oregon license plates and the BPA received a picture of the RV. The RV was white with a dark brown bottom. Also, it had a noticeable squiggle design on the side along with the word Vectra in cursive underneath the rear driver's side window.

On January 19, 2022, at approximately 4:00 a.m., the BPA noticed an RV with the same cursive "Vectra" marking under the rear driver's side window traveling eastbound on SR-82. The BPA followed the RV and noticed the same Oregon license plate that was provided to them. Through records checks, the BPA learned that the vehicle was registered to an address in Florence, Oregon. The BPA believed that the RV continued eastbound on SR-82 because the SR-90 checkpoint was also closed. The BPA continued to follow the RV and noticed that the driver was traveling noticeably under the speed limit. The BPA also saw the driver barely missed a guardrail, while he crossed over the white fog line going around a bend. An indication that the driver was paying less attention to the BPA's presence than the road.
**Continued next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 20, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from previous page.**

The BPA then activated his emergency equipment. The RV continued for approximately half mile before stopping. The BPA approached the driver's side window to talk to the driver **Donivan John Hale**. **Hale** said he was a U.S. Citizen. When asked, **Hale** said that it was his friends RV and that only him and his uncle were in the vehicle. **Hale** said that his uncle was in the bathroom and gave the BPA permission to look inside. The BPA asked **Hale** if there was any drugs or weapons inside the RV and **Hale** said no. **Hale** provided the BPA with his driver's license and through records checks, the BPA learned that **Hale** had felony convictions and that he was a prohibited possessor of a firearm. The BPA then saw a riffle magazine filled with .223 ammunition next to the driver's seat. The BPA also noticed two large glass bongs on the passenger seat floorboard, with no residual inside. There were two additional glass bongs inside a glass case next to the bathroom. A BPA shined his flashlight at the bottom of a closed door to the backroom and saw what appeared to be two black boots inside the closed room. The BPA shined his light again later, only saw one boot and noticed movement behind the door. The BPA opened the door and found several people hiding inside the room. BPA found 13 noncitizens inside the RV, including three juveniles. Two females were found lying under the bed sweating profusely. The bed lifted on hydraulics and it was a small, hot, and confined space. Three people were found inside the bathroom with **Hale**'s uncle, **Brian Tackett**, who was just leaning up against the bathroom door and not using the toilet. Three of the noncitizens were identified as Miriam Yaneth Sillas-Salazar, Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda

After further search, BPA found a loaded .45 caliber Para Elite Commander 1911 handgun, 24 small blue pills (suspected fentanyl), and three grams of methamphetamine.

Records checks revealed that Miriam Yaneth Sillas-Salazar, Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda did not have the proper immigration documentation to enter or remain in the U.S. legally. Sillas was previously removed from the U.S. on December 17, 2003. Figueroa and Mata were identified as material witnesses. Mata said that he had arranged to be smuggled into the United States for money. Mata and Figueroa admitted crossing the U.S. border illegally. Figueroa said that she was picked up by a load vehicle and then taken to a stash house with about 13 other people inside the house. After a few hours in the stash house, all 13 people loaded into an RV. Mata said that the RV was occupied by two men who primarily spoke English. Mata said that the younger man possibly in his thirties and balding, instructed them to enter the rear room and hide in the back side and under the bed. Figueroa said that she saw an older male with an oxygen tank and a mask. Figueroa said that she was inside the bathroom with two other people until the man with the oxygen tank came and kicked out and sent them to the back of the RV.